```
 1
 2
 3                                    JS-6
 4
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11  TEJASH B. VANSWALA;        )  Case No. EDCV 12-01526 VAP
    DIVYA T. VANSWALA; SB      )  (OPx)
12  ARYAN HOSPITALITY LLC,     )
                               )  JUDGMENT
13             Plaintiff,      )
                               )
14       v.                    )
                               )
15  OMNITRANS, etc., et al.    )
                               )
16             Defendants.     )
                               )
17  _____)
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated:  June 25, 2013                   _____
                                            VIRGINIA A. PHILLIPS
                                         United States District Judge